*bow* and *Theodore Sherbow* for petitioner. *Edward D. E. Rollins,* Attorney General of Maryland, *Ambrose T. Hartman,* Assistant Attorney General, and *Anselm Sodaro* for respondent.

No. 413, Misc. PALANUK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Claude L. Dawson* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *John R. Benney* for the United States.

No. 419, Misc. TABOR *v.* HIATT, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 422, Misc. BARRINGER *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 426, Misc. MERRIMAN *v.* ARIZONA. Supreme Court of Arizona. Certiorari denied.

No. 430, Misc. WADE *v.* CONNECTICUT. Supreme Court of Errors of Connecticut. Certiorari denied.

No. 434, Misc. SHEEHAN *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.

No. 439, Misc. LEEDY *v.* INDIANA. Supreme Court of Indiana. Certiorari denied. *James C. Cooper* for petitioner.

No. 445, Misc. BECK *v.* CRANOR, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. Supreme Court of Washington. Certiorari denied.